# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

APPEARANCE

MARY LAKS,                                          Case Number: 08 CV 3631 (LAK)

        Plaintiff,

-against-

UNION OF ORTHODOX JEWISH
CONGREGATIONS OF AMERICA,

        Defendant.


To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant Union of Orthodox Jewish Congregations of America.

I certify that I am admitted to practice in this court.

April 28, 2008
Date

_[signature]_
Signature

Clifford R. Atlas, Esq. (CA 9512)
Print Name

JACKSON LEWIS LLP, 59 Maiden Lane
Address

New York,     NY           10038
City          State        Zip Code

212-545-4000              212-972-3213
Phone Number              Fax Number