# UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

**MARY LAKS,**   Case Number: 08 CV 3631 (LAK)

Plaintiff,

-against-

**UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA,**

Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant Union of Orthodox Jewish Congregations of America.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| April 28, 2008 | *(signature)* |
| Date | Signature |

Nicole Q. Saldana, Esq. (NS 6524)
Print Name

JACKSON LEWIS LLP, 59 Maiden Lane
Address

| New York, | NY | 10038 |
|---|---|---|
| City | State | Zip Code |

| 212-545-4000 | 212-972-3213 |
|---|---|
| Phone Number | Fax Number |