UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY LAKS,<br><br>                 Plaintiff,<br><br>vs.<br><br>UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA,<br><br>                 Defendant. | Case No. 08CV3631<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local Civil Rule 1.9) and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for the Union of Orthodox Jewish Congregations of America certifies there are no parents, trusts, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

                                        Respectfully submitted,

                                   JACKSON LEWIS LLP
                                   59 Maiden Lane
                                   New York, New York 10038-4502
                                   (212) 545-4000

Dated: May 19, 2008        By: _____
      New York, New York                Clifford R. Atlas (CA 9512)
                                              Nicole Q. Saldana (NS 6524)

                                   ATTORNEYS FOR DEFENDANT
                                   UNION OF ORTHODOX JEWISH
                                   CONGREGATIONS OF AMERICA